IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES OLIVER, #02376842, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:24-cv-00209-K (BT) |
| KRYSTLE CHAVEZ *et al.*, | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 12) and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court dismisses Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B). By separate judgment, the plaintiff's case will be **DISMISSED**.

SO ORDERED.

Signed August 5th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE